IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff | ) |
| | ) |
| vs | ) Criminal No. 00-77 |
| | ) |
| LEON CROMWELL FORD | ) |
| Defendant | ) |

ORDER OF COURT

AND NOW, to wit, this 22nd day of May, 2006, it appearing to the Court that the above-captioned case has been terminated with no appeals pending, IT IS HEREBY ORDERED that the following pleading, impounded in the Office of the Clerk of Court be unsealed and returned to the file:

Document: 7

_____
Alan N. Bloch
U.S. District Judge